**Janice ROBINSON, Plaintiff-Appellant,**

v.

**DEPARTMENT OF THE NAVY,
Raymond Mabus, Secretary,
Defendant-Appellee.**

No. 16-2167

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2017

Decided: June 26, 2017

Janice Robinson, Appellant Pro Se. Roberto Francisco Ramirez, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before FLOYD and HARRIS, Circuit Judges.*

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Robinson appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Dep't of the Navy*, No. 7:15-cv-00004-H (E.D.N.C. filed Aug. 31, 2016 & entered Sept. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The opinion is filed by a quorum of the panel    pursuant to 28 U.S.C. § 46(d) (2012).